# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANDREW A. HERZOG,** | **CASE NO. 8:09CV378** |
| Plaintiff, | |
| v. | **MEMORANDUM** |
| | **AND ORDER** |
| **STATE OF NEBRASKA, and** | |
| **NORFOLK REGIONAL CENTER,** | |
| Defendants. | |

Pending before the court is Plaintiff's Complaint. (Filing No. 1.) The matter is before the court on its own motion. The Clerk of the court has informed this court that the Complaint is deficient because it is not signed as required by Federal Rule of Civil Procedure 11. Plaintiff must correct this deficiency before this case can proceed.

IT IS THEREFORE ORDERED that:

1. The pending Compliant (Filing No. 1) is deemed insufficient and the court will not act upon it;

2. On or before December 31, 2009, Plaintiff shall submit a completely new amended complaint that is originally signed in accordance with Federal Rule of Civil Procedure 11. Plaintiff is warned that failure to comply with this Order may result in dismissal of this case without further notice;

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: December 31, 2009: deadline for Plaintiff to submit amended complaint correcting signature deficiency; and

4. No further review of this case shall take place until Plaintiff complies with this order.

DATED this 15th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.